**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KURT KARNER, Individually and On Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>v.<br><br>MGT CAPITAL INVESTMENTS, INC., and ROBERT B. LADD,<br><br>                                        Defendants. | Case No. 1:16-cv-07423-GHW<br><br>**PROOF OF SERVICE SUMMONS AND COMPLAINT ON DEFENDANT MGT CAPITAL INVESTMENTS, INC.** |

Attached hereto is an Affidavit of Service confirming service of (i) Summons; (ii) Class Action Complaint; and (iii) supporting documents for the above-captioned action. Service of said documents was effected on October 27, 2016 at 3:26 p.m. on defendant MGT Capital Investments, Inc., via its registered agent for the service of process, VCORP Services, LLC, at 1013 Centre Road, Suite 403-B, Wilmington, DE 19805.

Dated:  November 2, 2016                    **GLANCY PRONGAY & MURRAY LLP**

By: *s/ Lesley F. Portnoy*
Lesley F. Portnoy (LP-1941)
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
lportnoy@glancylaw.com

-and-

Lionel Z. Glancy
Robert V. Prongay
Casey E. Sadler
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (310) 201-9160

*Attorneys for Plaintiff Kurt Karner*

Kurt Karner, et. al., Plaintiff(s)
vs.
MGT Capital Investments, Inc. and Robert B. Ladd. et. al.,
Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 143029-0001

## AFFIDAVIT OF SERVICE -- Corporate

GLANCY, PRONGAY, ET AL
Mr. Harry H. Kharadjian
1925 Century Park E., Ste. 2100
Los Angeles, CA 90067

Service of Process on:
--MGT Capital Investments, Inc., c/o Vcorp Services, LLC
as agent for service
Court Case No. 1:16-cv-07423

State of: **Delaware** ) ss.
County of: **New Castle** )

**Name of Server:** **Adam Golden**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

**Date/Time of Service:** that on the **27** day of **October**, 20**16**, at **3:26** o'clock **P** M

**Place of Service:** at **1013 Centre Road, Suite 403-B**, in **Wilmington, DE 19805**

**Documents Served:** the undersigned served the documents described as:
Summons and Class Action Complaint; Civil Cover Sheet;
Plaintiff's Statement;

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
MGT Capital Investments, Inc., c/o Vcorp Services, LLC as agent for service

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Laura Bryda, authorized to accept**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** : Skin Color **W** : Hair Color **blonde** : Facial Hair ____
Approx. Age **45** ; Approx. Height **5'7** ; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **27th** day of **October**, 20**16**

Notary Public          (Commission Expires)

APS International, Ltd.

**PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK ECF AND LOCAL RULES AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 2, 2016, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 2, 2016, at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

# Mailing Information for a Case 1:16-cv-07423-GHW Karner, et al v. MGT Capital Investments, Inc., et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`