USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KURT KARNER, *individually and on behalf of all others* :
*similarly situated*, :
: 1:16-cv-7423-GHW
Plaintiff, :
: ORDER
-v - :
:
MGT CAPITAL INVESTMENT, INC., and :
ROBERT B. LADD, :
:
Defendants. :
:
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court has not received the joint status letter previously requested in the Court's October 31, 2016 order. Dkt. No. 5. The letter was due one week prior to the initial pretrial conference scheduled for November 22, 2016 at 1:00 p.m. The parties are directed to comply with the Court's October 31, 2016 order in its entirety forthwith.

      SO ORDERED.

Dated: November 16, 2016
New York, New York

                                                          GREGORY H. WOODS
                                                    United States District Judge