UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KURT KARNER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MGT CAPITAL INVESTMENTS, INC., and ROBERT B. LADD,<br><br>Defendants. | Case No. 1:16-cv-07423-GHW |

**[PROPOSED] ORDER GRANTING KURT KARNER AND MIKE WATERS' MOTION FOR APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered the motion of Kurt Karner and Mike Waters for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B) and 15 U.S.C. §78u-4(a)(3)(B), appoints Kurt Karner and Mike Waters as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v) and 15 U.S.C. §78u-4(a)(3)(B)(v), Glancy Prongay & Murray LLP is appointed as Lead Counsel for the Class.

IT IS SO ORDERED.

Dated: _____, 2016          _____
                                              JUDGE GREGORY H. WOODS
                                              UNITED STATES DISTRICT JUDGE