UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KURT KARNER, Individually and On Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>MGT CAPITAL INVESTMENTS, INC., and ROBERT B. LADD,<br><br>      Defendants. | Case No. 1:16-cv-07423-GHW |

**DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF KURT KARNER AND MARK WATERS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF LEAD COUNSEL</u>**

I, Lesley F. Portnoy, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, proposed lead counsel for lead plaintiff movants Kurt Karner and Mark Waters ("Movants") and proposed lead counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movants' motion for appointment as lead plaintiff and approval of his selection of Glancy Prongay & Murray LLP Lead Counsel for the Class.

3. Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Press release published September 23, 2016 on *Business Wire*, announcing the pendency of the securities class action against defendants.

Exhibit B:   Certifications of Movants.

Exhibit C:   Chart detailing financial losses of Movants.

Exhibit D:   Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 21st day of November, 2016 at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

1

# PROOF OF SERVICE BY ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK ECF AND LOCAL RULES AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 21, 2016, I served true and correct copies of **DECLARATION OF LESLEY F. PORTNOY IN SUPPORT OF KURT KARNER AND MARK WATERS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 21, 2016 at Los Angeles, California.

*s/ Lesley F. Portnoy*
Lesley F. Portnoy

1

# Mailing Information for a Case 1:16-cv-07423-GHW Karner, et al v. MGT Capital Investments, Inc., et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lesley Frank Portnoy**
  LPortnoy@glancylaw.com,info@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`