# EXHIBIT A



# Glancy Prongay & Murray LLP Files Securities Class Action Lawsuit Against MGT Capital Investments, Inc.

September 23, 2016 11:35 AM Eastern Daylight Time

LOS ANGELES--(BUSINESS WIRE)--Glancy Prongay & Murray LLP ("GPM") announces that it has filed a class action lawsuit in the United States District Court for the Southern District of New York on behalf of a class (the "Class") consisting of persons and entities that acquired MGT Capital Investments, Inc. ("MGT" or the "Company") (NYSE MKT: MGT) securities between **May 9, 2016**, **and September 20, 2016**, inclusive (the "Class Period").

If you are a member of the Class described above, you may move the Court no later than **November 21, 2016,** to serve as lead plaintiff. Please contact Lesley Portnoy at 888-773-9224 or 310-201-9150, or at shareholders@glancylaw.com to discuss this matter.

The filed complaint alleges that throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts about the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company was engaging and/or had engaged in conduct that would result in an SEC investigation; (2) that the SEC investigation and the underlying conduct would cause the NYSE to refuse to list the Company's 43.8 million shares required for the D-Vasive merger; (3) that, as such, the D-Vasive merger would likely not be completed; and (4) that, as a result of the foregoing, Defendants' statements about MGT's business, operations, and prospects, were false and misleading and/or lacked a reasonable basis

On September 19, 2016, the Company issued a press release announcing that on September 15, 2016 the Company had received a subpoena from the SEC requesting "certain information" from the Company. On this news, MGT's stock price fell $0.74 per share, or 22.7%, to close at $2.52 per share on September 19, 2016, on unusually heavy trading volume, thereby injuring investors.

On September 20, 2016, MGT issued a press release entitled "MGT Provides Update on Status of D-Vasive Acquisition." Therein, the Company disclosed that the NYSE informed the Company on September 19, 2016, that the NYSE would not approve the listing of the 43.8 million shares that the Company was required to issue in order to complete the closing of its D-Vasive merger. On this news, MGT's stock price fell $0.63 per share, or 25%, to close at $1.89 per share on September 20, 2016, on unusually heavy trading volume.

To be a member of the Class you need not take any action at this time; you may retain counsel of your choice or take no action and remain an absent member of the Class. If you wish to learn more about this action, or if you have any questions concerning this announcement or your rights or interests with respect to these matters, please contact Lesley Portnoy, Esquire, of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, California 90067, at (310) 201-9150, by e-mail to shareholders@glancylaw.com, or visit our website at http://www.glancylaw.com.

This press release may be considered Attorney Advertising in some jurisdictions under the applicable law and ethical rules.

## Contacts

Glancy Prongay & Murray LLP, Los Angeles
Lesley Portnoy, 310-201-9150 or 888-773-9224
shareholders@glancylaw.com
www.glancylaw.com