# EXHIBIT B

## SWORN CERTIFICATION OF PLAINTIFF

## MGT CAPITAL INVESTMENTS, INC. SECURITIES LITIGATION

I, Kurt Karner, certify that:

1. I have reviewed the Complaint and authorize its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2. I did not purchase **MGT CAPITAL INVESTMENTS, INC.**, the security that is the subject of this action, at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in **MGT CAPITAL INVESTMENTS, INC.** during the Class Period set forth in the Complaint are as follows:

    (See Attached Transactions)

5. I have not served as a representative party on behalf of a class under this title during the last three years, except for the following:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court, including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing are true and correct statements.

9/20/2016
_____
Date

DocuSigned by:
*kurt karner*
18E4507DD1954CA...
_____
Kurt Karner

**Kurt Karner's Transactions in**
**MGT Capital Investments, Inc. (MGT)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 09/13/2016 | Bought | 34,000 | $3.5000 |

# SWORN CERTIFICATION OF PLAINTIFF

MGT Capital Investments, Inc., **SECURITIES LITIGATION**

I, Mark Waters, certify:

1. I have reviewed the complaint and authorized its filing.

2. I did not purchase MGT Capital Investments, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in MGT Capital Investments, Inc., during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    \_\_\_\_ Check here if you are a current employee or former employee of the defendant Company.

    I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 9/22/16

_____
(Please Sign Your Name Above)

**Mark Waters's Transactions in**
**MGT Capital Investments, Inc. (MGT)**

| Date | Transaction Type | Quantity | Unit Price |
|---|---|---|---|
| 09/12/2016 | Bought | 30,000 | $3.2994 |