# EXHIBIT C

## Loss Chart

**Company Name:** MGT Capital Investments, Inc.
**Ticker:** MGT
**Class Period:** May 9, 2016 to Sept 20, 2016

**Name:** **Kurt Karner**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 09/13/2016 | 34,000 | $3.5000 | -$119,000.0000 | | $0.0000 | -$119,000.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **34,000** | | | | **Subtotal:** | **-$119,000.00** |
| **As of Date:** | 11/21/2016 | | **Retained Value Per Share** | **Shares Remaining** | **Retained Value:** | $0.00 |
| | | | $0.0000 | 34,000 | **Total:** | **-$119,000.00** |

**Name:** **Mark Waters**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 09/12/2016 | 30,000 | $3.2994 | -$98,982.0000 | | $0.0000 | -$98,982.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Remaining:** | **30,000** | | | | **Subtotal:** | **-$98,982.00** |
| **As of Date:** | 11/21/2016 | | **Retained Value Per Share** | **Shares Remaining** | **Retained Value:** | $0.00 |
| | | | $0.0000 | 30,000 | **Total:** | **-$98,982.00** |

| | |
|---|---|
| **Combined Total:** | **-$217,982.00** |