UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN EXLEY, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>                      v.<br><br>MGT CAPITAL INVESTMENTS, INC., and ROBERT B. LADD,<br><br>                  Defendants. | Civil Action No. 1:16-cv-07415-NRB |
| KURT KARNER, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>                      v.<br><br>MGT CAPITAL INVESTMENTS, INC., and ROBERT B. LADD,<br><br>Defendants. | Civil Action No. 1:16-cv-07423-NRB |
| STEPHEN MAYER, Individually and On Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>                      v.<br><br>MGT CAPITAL INVESTMENTS, INC., ROBERT B. LADD, and JOHN MCAFEE,<br><br>                  Defendants. | Civil Action No. 1:16-cv-07449-NRB |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in the above-captioned action for defendants MGT Capital Investments, Inc. and Robert B. Ladd.  I certify that I am admitted to practice in this Court.

Respectfully submitted,

Dated: December 5, 2016

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: */s/ John P. Coffey*
John P. Coffey
1177 Avenue of the Americas
New York, New York 10036
Telephone: 212-715-9100
Facsimile: 212-715-8000
Email : scoffey@kramerlevin.com

*Attorney for Defendants MGT Capital Investments, Inc. and Robert B. Ladd*