**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE: MGT. CAPITAL INVESTMENTS,
INC. SECURITIES LITIGATION,

16 CIVIL 7415 (NRB)

## JUDGMENT

-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 27, 2018, defendants' motion to dismiss is granted in its entirety with prejudice and judgment is entered for the defendants; accordingly, this case is closed.

**Dated:** New York, New York
February 28, 2018

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk